UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRUCE DEL TURCO, VINCENT DELAZZERO, THOMAS LANE and JAMES BARTALONE, as Trustees and Fiduciaries of the TILE LAYERS LOCAL UNION 52 PENSION, INSURANCE AND WELFARE, AND ANNUITY FUNDS, CHARLES HILL, EDWARD GAHN, SCOTT ERATH and VINCENT ANASTASI, as Trustees and Fiduciaries of the TILE HELPERS LOCAL 88 WELFARE, ANNUITY AND VACATION FUNDS, JOHN J. FLYNN, LOUIS WEIR, DOMINIC SPANO, KENNETH LAMBERT, FRANK STUPAR, JAMES BOLAND, GERALD O'MALLEY, JOSEPH BRAMLETT, GEORGE HARBISON, PAUL SONGER, CHARLES VELARDO, EUGENE GEORGE, MATTHEW AQUILINE, DAN SCHIFFER, JOSEPH SPERANZA, JR. and VINCENT DELAZZERO as Trustees and Fiduciaries of the BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION, HEALTH AND ANNUITY FUNDS and CHARLES HILL, as President of the TILE MARBLE & TERRAZZO LOCAL UNION NO. 7 OF NEW YORK AND NEW JERSEY,<br><br>Plaintiffs,<br><br>-against-<br><br>INTERIOR DESIGN FLOORING CORP. and PAUL GIGLIO,<br><br>Defendants. | 03 Civ. 6102 (FB) (RML)<br><br>**STIPULATION**<br>**OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned parties that the above-captioned action is hereby dismissed with prejudice, without costs to either party as against the other.

IT IS FURTHER STIPULATED AND ACKNOWLEDGED that defendant Paul Giglio has not appeared in this action and that, nonetheless, plaintiffs voluntarily dismiss their action

against him with prejudice, without cost to either party as against the other.

Dated: New York, New York
    May ___, 2005

BARNES, IACCARINO, VIRGINIA,      OCHS & GOLDBERG, LLP
AMBINDER & SHEPHERD, PLLC

By: _____      By: _____
    Charles R. Virginia (CV 8214)    Mitchell D. Goldberg (MG 1666)
    Trinity Centre                    60 East 42nd Street, Ste. 1545
    111 Broadway, Suite 1403          New York, New York 10165
    New York, New York 10006          Attorneys for Defendant Interior Design
    Attorneys for Plaintiffs              Flooring Corp.

SO ORDERED:

_____
U.S.D.J.

2